UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA GENERATING LLC, | * | CIVIL ACTION |
| and NRG ENERGY, INC. | * | |
| | * | |
| VERSUS | * | NO. 10-516-RET-SCR |
| | * | |
| ILLINOIS UNION INSURANCE | * | |
| COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ILLINOIS UNION'S RULE 12(b)(3)MOTION TO DISMISS
BASED ON IMPROPER VENUE PURSUANT TO 28 U.S.C.A. § 1406(a) OR,
ALTERNATIVELY, MOTION TO TRANSFER TO SOUTHERN DISTRICT OF NEW
YORK PURSUANT TO THE FIRST-FILED RULE AND/OR 28 U.S.C.A. § 1404(a) OR,
IN THE FURTHER ALTERNATIVE, MOTION TO STAY PROCEEDINGS**

NOW INTO COURT, through undersigned counsel, comes Illinois Union Insurance

Company ("Illinois Union"), sought to be made a Defendant herein, who, pursuant to Rule

12(b)(3) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to

dismiss, at Plaintiffs' cost, the above-entitled and captioned matter based on improper venue

pursuant to 28 U.S.C.A. § 1406(a) or, alternatively, to transfer this action to the United States

District Court for the Southern District of New York pursuant to the First-Filed Rule and/or 28

U.S.C. § 1404(a), or, in the further alternative, to stay proceedings in this matter, for the reasons

more fully set forth and established in the accompanying Memorandum and Exhibits, all of

which are incorporated herein by reference.

The following Exhibits are offered, filed and introduced into evidence in support of the

instant Motion:

Exhibit 1 -   Summons, Complaint and supporting Exhibits in matter entitled *Illinois Union Insurance Company v. NRG Energy, Inc., and Louisiana Generating LLC*, Case No. 10-CV-5743;

1

Exhibit 2 -    Illinois Union's Motion to Enjoin, supporting Memorandum, supporting Exhibits and Affidavits of Service in matter entitled *Illinois Union Insurance Company v. NRG Energy, Inc., and Louisiana Generating LLC*, Case No. 10-CV-5743; and

Exhibit 3 -    NRG Energy, Inc., website printouts.

WHEREFORE, Illinois Union prays that its Motion be granted and that the above-entitled and captioned matter be dismissed at Plaintiffs' cost under Rule 12(b)(3) of the Federal Rules of Civil Procedure based on improper venue pursuant to 28 U.S.C.A. § 1406(a); alternatively, that an Order issue directing the transfer of this case to the United States District Court for the Southern District of New York pursuant to the First-Filed Rule and/or 28 U.S.C. § 1404(a); or, in the further alternative, that an Order issue staying all further proceedings in this matter.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)


BY:    /s/ Jennifer E. Michel
        **JENNIFER E. MICHEL (#18114)**
        **DANIELLE M. SMITH (#24648)**
        **TABITHA R. DURBIN (#29164)**
        102 Versailles Blvd., Suite 400
        Post Office Drawer 94-C
        Lafayette, Louisiana  70509
        Telephone:     337-237-6062
        Facsimile:     337-237-9129
        E-mail:        jem@preisroy.com
                       dms@preisroy.com
                       trd@preisroy.com


        COUNSEL FOR ILLINOIS UNION
        INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2010, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel

accepting electronic notice.  I further certify that I mailed the foregoing document and notice of

electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF

participants.

 /s/ Jennifer E. Michel
JENNIFER E. MICHEL

/1603990