UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA GENERATING LLC
AND NRG ENERGY, INC.

CIVIL ACTION

VERSUS

NO. 10-516-RET-SCR

ILLINOIS UNION INSURANCE
COMPANY

**RULING ON MOTION TO CONTINUE SCHEDULING CONFERENCE**

Before the court is defendant Illinois Union's Motion to Continue Scheduling Conference With Request for Expedited Consideration by Special and Limited Appearance. Record document number 26.[1]  The motion is opposed.[2]

For the reasons stated in the plaintiffs' opposition memorandum, the defendant's motion is denied.  Defendant has preserved its objection to venue by filing a timely Rule 12(b)(3), Fed.R.Civ.P., motion to dismiss.[3]  This motion to continue serves to reiterate its objection to venue.  As the Advisory Committee Note to the 1993 amendments to Rule 26(f) explains:

> The obligation to participate in the planning process is imposed on all parties that have appeared in the case, including defendants who, because of a pending Rule 12 motion, may not have yet filed an answer in the case. Each such party should attend the meeting, either through

---

[1] Defendant was granted expedited consideration of its motion. Plaintiffs were required to file their opposition by November 8, 2010.  Record document number 27.

[2] Record document number 29.

[3] Record document number 8.

one of its attorneys or in person if unrepresented.

The parties' discovery planning efforts will not be wasted. This issues raised in the complaint will be litigated in federal court either here or in New York. The same Federal Rules of Civil Procedure will be applicable. There is no good reason to delay beginning the discovery process until the venue issue is resolved.

Accordingly, defendant Illinois Union's Motion to Continue Scheduling Conference With Request for Expedited Consideration by Special and Limited Appearance is denied insofar as the defendant sought a continuance of the scheduling conference.

Baton Rouge, Louisiana, November 10, 2010.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE