UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA GENERATING LLC,
ET AL.

VERSUS

ILLINOIS UNION INSURANCE
COMPANY

CIVIL ACTION

NO. 10-516-JJB

C/W NO. 10-835-JJB

## NOTICE TO PARTIES

A motion (doc. 113) for award of attorney's fees was filed on February 13, 2012.

Opposition(s) to said motion(s) shall be filed on or before March 5, 2012.

Any reply shall be filed within 15 days of the filing of the opposition.

Baton Rouge, Louisiana, February 14, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA