UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA GENERATING LLC and NRG ENERGY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ILLINOIS UNION INSURANCE COMPANY, <br><br>Defendant. | No. 3:10-cv-00516-JJB-EWD |
| ILLINOIS UNION INSURANCE COMPANY, <br><br>Plaintiff, <br><br>v. <br><br>LOUISIANA GENERATING LLC and NRG ENERGY, INC., <br><br>Defendants. | No. 3:10-cv-00835-JJB-EWD |

## JOINT MOTION OF FINAL DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Louisiana Generating LLC and NRG Energy, Inc., on the one hand, and Illinois Union Insurance Company, on the other hand, jointly move this Honorable Court to fully and finally dismiss with prejudice all of the claims, defenses, and counterclaims in the above-captioned actions with each party to bear its own costs and attorneys' fees.

Respectfully submitted:

8834363_1

| | |
|---|---|
| /s/ Linda S. Akchin | /s/ Jennifer E. Michel |
| Linda S. Akchin (#17904)<br>KEAN MILLER LLP<br>II City Plaza<br>400 Convention Street, Suite 700<br>Baton Rouge, Louisiana 70802<br>Tel:   (225) 382-3423<br>Fax:  (225) 388-9133<br><br>Of Counsel:<br><br>John E. Heintz (admitted pro hac vice)<br>Justin F. Lavella (admitted pro hac vice)<br>BLANK ROME LLP<br>1825 Eye Street, N.W.<br>Washington, DC  20006-5403<br>Tel:   (202) 420-2200<br>Fax:  (202) 420-2201<br><br>***Attorneys for Louisiana Generating LLC and NRG Energy, Inc.*** | Jennifer E. Michel (#18114)<br>Danielle M. Smith (#24648)<br>Tabitha R. Durbin (#29164)<br>LEWIS BRISBOIS BISGAARD &<br>       SMITH LLP<br>100 East Vermilion Street, Suite 300<br>Lafayette, Louisiana  70501<br>Tel:   (337) 326-5777<br>Fax:  (337) 504-3341<br><br>Meryl R. Lieberman (admitted *pro hac vice*)<br>Brian M. Margolies (admitted *pro hac vice*)<br>TRAUB LIEBERMAN STRAUS &<br>       SHREWSBERRY LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, NY  10532<br>Tel:   (914) 347-2600<br>Fax:  (914) 347-8898<br><br>***Attorneys for Illinois Union Insurance Company*** |

2

8834363_1